Approved.
/s/ *Benita Y. Pearson* on 6/15/2023
United States District Judge

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ANDRASAK | ) | CASE NO.:  1:23-CV-00433 |
| Plaintiff, | ) | |
| vs. | ) | Magistrate Judge Grimes |
| | ) | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) | **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | ) | |

Plaintiff, Robert Andrasak, and Defendant, the Commissioner of the Social Security Administration, by and through their respective counsel, hereby give notice of their Joint Notice of Voluntary Dismissal of Plaintiff's Complaint, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  This dismissal is without prejudice; costs to be borne by Plaintiff.

WHEREFORE, the parties to this action pray this Court will dismiss Plaintiff's Complaint without prejudice.

Respectfully submitted,

/s/ Rachel C. Wilson
Rachel C. Wilson (#0068168)
Attorney for Plaintiff
1382 West 9th Street
Suite 420

Cleveland, OH 44113  
216-925-5185  
216-664-1287 – Fax  
rachel@wilson-gillissie.com

/s/Lisa Hammond Johnson  
Lisa Hammond Johnson  
Attorney for Defendant  
Office of the US Attorney  
Northern District of Ohio  
801 Superior Avenue, W  
Cleveland, OH 44113  
216-622-3670  
Fax: 216-522-4982